No. 671. FARMERS & GINNERS COTTON OIL CO. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William B. White* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *Edward H. Hammond* for respondent.

No. 673. WINGREN, TRUSTEE, *v.* HANSSEN ET AL. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Miss Norma L. Comstock* for petitioner. *Mr. Albert J. Gould* for respondents.

No. 676. CARBO-FROST, INC. ET AL. *v.* STANLEY KNIGHT CORP. ET AL. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Paul R. Stinson, Arthur Mag,* and *Roy B. Thomson* for petitioners. *Messrs. Geo. H. Wallace* and *Charles B. Cannon* for respondents.

No. 682. HOAN *v.* JOURNAL COMPANY ET AL. November 10, 1941. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Messrs. Francis E. McGovern* and *Stephen J. McMahon* for petitioner. *Mr. J. Gilbert Hardgrove* for respondents.

No. 685. WEST VIRGINIA POWER CO. ET AL. *v.* UNITED STATES. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Cir-